

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2017

No. 04-17-00532-CR

Barry G. **COGGINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR2480
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

Appellant's brief was due on November 27, 2017.  On December 26, 2017, Appellant filed a first motion for a sixty-day extension of time to file the brief.

Appellant's motion is GRANTED.  **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED**.

We ORDER Appellant to file the brief not later than January 26, 2018.  If Appellant fails to file the brief as ordered, we will immediately abate this appeal and remand the cause to the trial court for an abandonment hearing.  *See* TEX. R. APP. P. 38.8(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court